# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:05CR59

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　Plaintiff, )<br>vs. )<br>　　　　　　　　　　　　　　　　　)    **ORDER**<br>**JOSE ALCANTAR SALDANA,** )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's Ex Parte Motion for Appointment of Interpreter (Document #14) pursuant to 18 U.S.C. § 3006A(e)(1). After careful consideration of the motion, the Court finds:

1. That the services requested are necessary to an adequate defense; and

2. That Defendant is indigent and is financially unable to obtain the services of an Interpreter.

**IT IS THEREFORE ORDERED**, pursuant to 18 U.S.C. § 3006A(e)(1):

1. That counsel's motion for authorization to obtain the services of an Interpreter <u>up to the cost of $1,600.00</u> is **GRANTED**;

2. That counsel's request that Jaclyn S. Gonzalez, P. O. Box 6111, Gastonia, North Carolina, 28056 (Identification No. 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) be appointed to assist counsel in the preparation of the Defense is **GRANTED**;

3. That Jaclyn Gonzalez be compensated up to $1,600.00 at her usual and ordinary hourly rate;

The Clerk is directed to send copies of this Order to defense counsel, <u>not to send a copy to the U.S. Attorney's Office</u>, and thereafter to seal this Order and the underlying motion pending disposition of the case.

Signed: October 11, 2006

David C. Keesler
United States Magistrate Judge